# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Centaur PA Land, LP |
| **Case Number:** | 09-13760-KJC  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 09, 2010 11:30 AM  CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### Matter:

First Day Motions

**R / M #:** 130 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Agenda Matters:
- Item 1 - Order due under Certification of Counsel
- Item 2 - Order due under Certification of Counsel
- Item 3 - Order due under Certification of Counsel
- Item 4 - Order due under Certification of Counsel
- Item 5 - Order due under Certification of Counsel
- Item 6 - Order due under Certification of Counsel
- Item 7 - Order due under Certification of Counsel
- Item 8 - Order due under Certification of Counsel
- Item 9 - Order due under Certification of Counsel
- Item 10 - Order due under Certification of Counsel
- Item 11 - Order due under Certification of Counsel
- Item 12 - Order due under Certification of Counsel
- Item 13 - Order due under Certification of Counsel