IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTAUR PA LAND, LP, et al.,<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 09-13760 (KJC)<br>:<br>: (Jointly Administered)<br>:<br>: Re: D.I. 23, 49, 60, and 100, 160 |

## ORDER SUPPLEMENTING THE INTERCOMPANY FINANCING ORDER TO AUTHORIZE THE DEBTORS TO OBTAIN ADDITIONAL AVAILABILITY UNDER THE INTERCOMPANY FINANCING

Upon the motion (the "Motion") of Centaur PA Land, LP ("Centaur PA") and Valley View Downs, LP ("VVD LP"), debtors and debtors-in-possession in the above-captioned chapter 11 cases (together, the "Debtors"), for entry of an order supplementing the Intercompany Financing Order (as defined below) to authorize the Debtors to obtain additional availability, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and notice of the Motion being sufficient under the circumstances; and the relief requested in the Motion being in the best interests of the Debtors and their estates and creditors; and after due deliberation and consideration and sufficient cause appearing therefor, it is hereby:

ORDERED that the Final Order Pursuant to 11 U.S.C. §§ 105(a), 362, 363(b), 364(b) and 503(b)(1) and Fed. R. Bankr. P.4001, (I) Authorizing the Debtors to Obtain Unsecured Post-Petition Financing from Centaur, LLC; (1) Granting such Intercompany Financing Superpriority Administrative Expense Status; and (II) Authorizing Payment of Certain Prepetition Expenses dated December 4, 2009 [D.I. 60] (the "Intercompany Financing Order") is hereby amended to the extent necessary to permit the Debtors to borrow an additional $165,000

thereunder by increasing the Borrowing Cap (as that term is defined in the Final Intercompany Financing Order) to $290,000; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: Wilmington, Delaware
March 16, 2010

_____
UNITED STATES BANKRUPTCY JUDGE