**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTAUR PA LAND, LP, , <u>et al</u>.[1], | : | Case No. 09-13760 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that pursuant to Bankruptcy Rules 2002 and 9010(b), Blank Rome LLP, proposed counsel for the Official Committee of Unsecured Creditors in the above-captioned cases (the "<u>Committee</u>"), requests that all notices given or required to be given in these cases be given to and served upon Blank Rome LLP at the following addresses:

| | | |
|---|---|---|
| Michael Z. Brownstein, Esq. | David W. Carickhoff, Esq. | Michael B. Schaedle, Esq. |
| **Blank Rome LLP** | **Blank Rome LLP** | **Blank Rome LLP** |
| The Chrysler Building | 1201 Market Street | One Logan Square |
| 405 Lexington Avenue | Suite 800 | Philadelphia, PA 19103 |
| New York, NY 10174-0208 | Wilmington, DE 19801 | Phone: (215) 569-5762 |
| Phone: (212) 885-5520 | Phone: (302) 425-6434 | Facsimile: (215) 569-5555 |
| Facsimile: (212) 885-5001 | Facsimile: (302) 425-6464 | Email: schaedle@blankrome.com |
| Email: mbrownstein@blankrome.com | Email: carickhoff@blankrome.com | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Centaur PA Land, LP and Valley View Downs (1028).

1

***PLEASE TAKE FURTHER NOTICE*** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") or the property of the Debtors, or any of the rights or interests held or asserted by the Committee with respect to the Debtors or property of the Debtors.

***PLEASE TAKE FURTHER NOTICE*** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Committee.

Dated:  March 22, 2010  **BLANK ROME LLP**

*/s/  Victoria A. Guilfoyle*
David W. Carickhoff (No. 3715)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone:  (302) 425-6400
Facsimile:  (302) 425-6464
Email:  Carickhoff@blankrome.com
          Guilfoyle@blankrome.com

and

Michael Z. Brownstein
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
Phone:  (212) 885-5520
Facsimile:  (212) 885-5001
Email:  Mbrownstein@blankrome.com

and

Michael B. Schaedle
One Logan Square
Philadelphia, PA 19103
Phone:  (215) 569-5762
Facsimile:  (215) 569-5555
Email:  Schaedle@blankrome.com

Proposed Counsel for the Official Committee of Unsecured Creditors