UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

IN THE MATTER OF: : Chapter 11
 :
Centaur PA Land, LP, *et al* : Case Nos. 09-13760(KJC) *et al*
Centaur, LLC, *et al.* : Case Nos. 10-10799 (KJC) *et al*
 :
 : NOTICE OF APPOINTMENT OF
 : COMMITTEE OF UNSECURED
 Debtors. : CREDITORS-AMENDED
---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Ames Construction, Inc.**, Attn: Todd Goderstad, 2000 Ames Drive, Burnsville, MN 55306, Phone: 952-892-8678, Fax: 952-892-8664

2. **U.S. Foodservice, Inc.**, c/o Claudia Regen, Esq., 9399 W. Higgins Rd., Ste. 600, Rosemont, IL 60018, Phone: 847-720-2442, Fax: 480-293-2706

3. **WMS Gaming Inc.**, Attn: Deborah K. Fulton, 800 S. Northpoint Blvd., Waukegan, IL 60085, Phone: 773-564-4514, Fax: 773-564-4504

4. **Preit-Rubin, Inc. & PR Valley View Downs. L.P.**, c/o Pennsylvania Real Estate Investment Trust, Attn: Bruce Goldman, The Bellevue, 3rd Floor, 200 South Broad Street, Philadelphia, PA 19102, Phone: 215-875-0780, Fax: 215-546-7311

5. **Churchill Downs Inc.**, Attn: William E. Mudd, 700 Central Ave., Louisville, KY 40208, Phone: 802-363-4400, Fax: 502-636-4439

        ROBERTA A. DEANGELIS
        Acting United States Trustee, Region 3


        /s/ Richard L. Schepacarter  for
        WILLIAM K. HARRINGTON
        ASSISTANT UNITED STATES TRUSTEE

DATED: March 17, 2010

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Jeffrey M. Schlerf, Phone: (302) 622-4212, Fax: (302) 656-8920